**Walter D. BOOKER, Plaintiff-Appellant,**

v.

**R. TIMMONS, Unit Manager; B. M. Claude, Lieutenant; T. Robinson, Sergeant; G. D. Faulcon, Sergeant; Lieutenant Taylor; M. L. Rook, Correctional Officer, Defendants-Appellees,**

**and**

**A. David Robinson, Chief of Corrections Operations; Wendy S. Hobbs, Regional Administrator; Eddie L. Pearson, Lead Warden; C. Parker, Warden; J.**

---

Harris, Warden; C. Boone, Regional Ombudsman; S. Tapp, Human Rights Advocate; K. Whitehead, Grievance Coordinator; L. Goode, Unit Manager; D. Dugger, Institutional Hearings Officer, Defendants.

No. 17-6402

United States Court of Appeals, Fourth Circuit.

Submitted: September 28, 2017

Decided: October 2, 2017

Walter D. Booker, Appellant Pro Se. Margaret Hoehl O'Shea, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before WILKINSON, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Walter D. Booker appeals the district court's order denying relief on his complaint raising claims under 42 U.S.C. § 1983 (2012), the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. § 2000cc to 2000cc-5 (2012), and state law. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Booker v. Timmons*, No. 1:14-cv-00555-JCC-IDD (E.D. Va. Sept. 23, 2014; July 14, 2015; Feb. 14, 2017). We deny the motion for injunctive relief pending appeal

and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*